**Opinion issued July 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00393-CR

————————————

**LARRY THOMAR DORAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

———————————————————————————

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case No. 1393714**

———————————————————————————

**MEMORANDUM OPINION**

Appellant, Larry Thomar Doral, has filed a motion to dismiss his appeal, which he and his attorney have signed. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal, and more than ten days have passed and the State

has not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a), 42.2(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).

2